NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**05-554 consolidated with 05-555, 05-556, 05-557, 05-558**

## EDWARD TRENT, JR., ET AL.

## VERSUS

## PPG INDUSTRIES, INC., ET AL.

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NOs. 1999-8503, 1999-8504,
1999-8505, 1999-8506, & 1999-8507
HONORABLE J. DAVID PAINTER, DISTRICT JUDGE
**********

## ELIZABETH A. PICKETT
## JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Tina Louise Wilson**
**Attorney at Law**
**723 Broad Street**
**Lake Charles, LA 70601**
**(337) 436-6611**
**Counsel for Plaintiffs-Appellants:**
 **Edward Trent, Jr.**
 **Elbert Wilson Reed, Sr.**
 **Darvin Ramirez**
 **Shannon Reed**
 **Angelo Honore**

**James R. Nieset**
**Eric Wylie Roan**
**Plauche, Smith, & Nieset**
**P.O. Drawer 1705**
**Lake Charles, LA 70602**
**(337) 436-0522**
**Counsel for Defendant-Appellee:**
 **Auger Services, Inc.**